**TYSON & MENDES LLP**
THOMAS E. MCGRATH
Nevada Bar No. 7086
Email:  tmcgrath@tysonmendes.com
RACHEL J. HOLZER
Nevada Bar No. 11604
Email:  rholzer@tysonmendes.com
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Tel:  (702) 724-2648
Fax:  (702) 938-1048
*Attorneys for Defendant Susie D. Childers*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA SALEM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SUSIE D. CHILDERS, an individual, and DOES I-X, unknown persons, ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00507-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff CHRISTINA SALEM, by and through her counsel, David Sampson, Esq. of the Law Office of David Sampson, LLC and Preston P. Rezaee, Esq. of the Firm, P.C. and Defendant SUSIE D. CHILDERS, by and through her counsel, Thomas E. McGrath, Esq. of Tyson & Mendes LLP (hereafter collectively "the Parties"), hereby stipulate and agree as follows:

1. The Parties have come to an agreement to resolve this matter, without an admission of liability;

2. That all of Plaintiff's claims against Defendant in this matter shall be dismissed with prejudice;

///

///

///

1

3. That each party shall bear its own attorneys' fees and costs incurred in this action except as otherwise agreed pursuant to the settlement agreement.

**IT IS SO SIPULATED.**

DATED this 9th _day of June 2020.  DATED this 9th day of June 2020.

LAW OFFICE OF DAVID SAMPSON  TYSON & MENDES LLP


*/s/ David Sampson*
DAVID SAMPSON
Nevada Bar No. 16811
630 South Third Street
Las Vegas, Nevada 89101

&

*/s/ Preston P. Rezaee*
PRESTON P. REZAEE
Nevada Bar No. 10729
630 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*Christina Salem*

*/s/ Thomas E. McGrath*
THOMAS E. MCGRATH
Nevada Bar No. 7086
RACHEL J. HOLZER
Nevada Bar No. 11604
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendant Susie Childers*

**IT IS SO ORDERED.**

DATED  June 11, 2020.

_____
UNITED STATES DISTRICT JUDGE

2